IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:06-CR-123-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCOS LOPEZ-GUZMAN, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 79], the court DENIES defendant's motion [D.E. 73].

SO ORDERED. This _28_ day of April, 2022.

 JAMES C. DEVER III
 United States District Judge